## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                                NO. 4:08CR00009-01 JLH

NATHANIEL LACY                                                 DEFENDANT

### ORDER

By Order dated September 5, 2008, the Court committed Nathaniel Lacy to the custody of the Attorney General or his authorized representative for a period not to exceed forty-five (45) days for a psychiatric and complete physical examination pursuant to 18 U.S.C. §§ 4241(a), 4242(a), and 4247(b) and (c).

The Court received correspondence from Warden John T. Rathman of the Federal Detention Center in Miami, Florida, on December 15, 2008, in which he requests that the forty-five (45) day period begin from the date that defendant arrived at the designated Bureau of Prisons facility.  Counsel for the government and defendant have been contacted and have no objection to the requests.

IT IS THEREFORE ORDERED that the forty-five (45) day period in which to conduct the psychiatric and complete physical examinations is considered to have started upon defendant's arrival at the facility on December 2, 2008.

IT IS FURTHER ORDERED that the additional delay occasioned by the examination ordered herein shall be excludable under the provisions of the Speedy Trial Act as provided by 18 U.S.C. § 3161(h)(1)(A) and (H).

IT IS SO ORDERED this 5th day of January, 2009.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE